Douglas J. Pick, Esq.
Eric C. Zabicki, Esq.
**PICK & ZABICKI LLP**
Proposed Counsel to the Debtor
369 Lexington Avenue, 12th Floor
New York, New York 10017
(212) 695-6000
dpick@picklaw.net

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                      Chapter 11
LOUYA CORP. d/b/a                                           Case No. 15-
JACQUES BRASSERIE,

                                    Debtor.
-----------------------------------------------------------x

## AFFIDAVIT PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

        HAMIMI OUARI, being duly sworn, deposes and says:

        1.    I am the President of Louya Corp. d/b/a Jacques Brasserie, the debtor and debtor-in-possession herein (the "Debtor"). I am familiar with the facts and circumstances as recited herein.

        2.    The Debtor is a New York corporation. The Debtor provides classic French dishes and is located at 204-206 East 85th Street, New York, New York 10028.

        3.    On July 9, 2015 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with this Court and an Order for Relief was entered.

1

4. The Debtor sought protection under the Bankruptcy Code as a result of a action initially brought as a class action complaint by six (6) former/current employees to recover monies for alleged minimum wage, overtime compensation, spread of hours pay, misappropriated gratuities and statutory penalties. The case was recently tried in the United States District Court for the Southern District of New York. No decision has yet been issued.

5. Pursuant to LBR 1007-2 (a)(4), a list containing the names and addresses of what I believe to be the twenty largest unsecured creditors of the Debtor, excluding insiders, has been filed with the Chapter 11 Petition.

6. Pursuant to LBR 1007-2(a)(5), a list containing the names and addresses of what I believe are all of the Debtor's secured creditors, if any, have been listed in Schedule D to the Chapter 11 Petition.

7. Pursuant to LBR 1007-2(a)(6), an approximate summary of the Debtor's assets and liabilities are set forth in Schedules B, D, E and F to the Chapter 11 Petition.

8. Pursuant to LBR 1007-2(a)(7), I hold 100% of the issued and outstanding interests of the Debtor.

9. Pursuant to LBR 1007-2(a)(8), to the best of my knowledge, there is no property of the Debtor in the possession or custody of any public officer, receiver, trustee, pledgee, assignee of rents, liquidator, secured creditor, or agent of any such person.

10. Pursuant to LBR 1007-2(a)(10), all of the corporate assets and books and records are located with the Debtor.

11. Pursuant to LBR 1007-2(a)(11), only pending or threatened action or proceeding against the Debtor is the landlord action described above.

12. Pursuant to LBR 1007-2(a)(12), I am the sole officer of the Debtor.

13. Pursuant to LBR 1007-2(b)(1), the Debtor has no employees.

14. Pursuant to LBR 1007-2(b)(2), the amount proposed to be paid for services for the thirty (30) day period following the filing of the chapter 11 petition to the officers, directors, and members of the company is $0.

15. Pursuant to LBR 1007-2(b)(3), during the thirty (30) day period following the Petition Date, it is not anticipated that the Debtor will have approximately $128,000.00 in income. Expenses and disbursements (inclusive of all salaries and taxes) for the month should total approximately $100,000.00.

16. The Debtor believes that under the supervision of the Bankruptcy Court, it will pay its creditors substantially more than they would receive if the Debtor went through a forced liquidation.

/s/Hamimi Quari
HAMIMI OUARI

Sworn to before me this
9th day of July 2015

/s/Douglas J. Pick
Douglas J. Pick
Notary Public, State of New York
No. 02PI4758430
Qualified in New York County
Commission Expires February 26, 2019